ARMAND SCHMOLL, INC., Respondent, *v.* COMMONWEALTH & DOMINION LINE, LTD., Appellant.

(Argued May 11, 1932; decided June 2, 1932.)

*L. deGrove Potter, John J. Heckman* and *Joseph W. Whelan* for appellant.

*Neil P. Cullom* and *James E. Freehill* for respondent.

Judgment affirmed, with costs. *Held,* that while it was error to place the burden of proving seaworthiness upon the defendant, yet this ruling was harmless in view of all the evidence. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.